EUGENE T. SINGER, Appellant and Respondent, *v.* YOKOHAMA SPECIE BANK, LTD., Defendant, and ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of Yokohama Specie Bank, Ltd., Respondent and Appellant.

BANQUE MELLIE IRAN, Appellant and Respondent, *v.* YOKOHAMA SPECIE BANK, LTD., et al., Defendants, and ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of Yokohama Specie Bank, Ltd., Respondent and Appellant.

Submitted July 19, 1949; decided October 6, 1949.

Motions by the Superintendent of Banks for reargument denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 113, 139.]